[No. 19864-2-III.   Division Three.   August 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARENCE E. STEARNS, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 00-1-00282-1, Robert L. Zagelow, J., entered January 8, 2001. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, A.C.J., and Kurtz, J.

[No. 20304-2-III.   Division Three.   August 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CHANCE KARL OCCHIPINTI, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-00402-7, Kathleen M. O'Connor, J., entered June 28, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kato, JJ.

[No. 20116-3-III.   Division Three.   August 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KARL THOMAS WOOLERY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-02609-0, Tari S. Eitzen, J., entered March 16, 2001. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, C.J., and Schultheis, J.

[No. 20361-1-III.   Division Three.   August 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL PAUL DENO, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-00314-4, Salvatore F. Cozza, J., entered June 22, 2001. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, A.C.J., and Kurtz, J.